131 A.3d 955

IN THE MATTER OF JEANNET E. PAVEZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 004002004).

March 7, 2016.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent (DRB 15–416) of **JEANNET E. PAVEZ** of **NUTLEY,** who was admitted to the bar of this State in 2004;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.7(a) (concurrent conflict of interest), *RPC* 1.15(a) (failure to promptly notify clients of receipt of funds in which they have an interest and to promptly disburse those funds), and *RPC* 1.15(d) (recordkeeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.7(a), *RPC* 1.15(a), and *RPC* 1.15(d), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2014–0537E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JEANNET E. PAVEZ** of **NUTLEY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.